

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN RAY RODRIGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>    Respondent. | No. EDCV 07-610-VAP (RCF)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: June 29 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE